FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 17 PM 4:12

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| MARTIN GARZA NUNEZ | * | CIVIL ACTION 06-3777 |
| | * | |
| VERSUS | * | NO. |
| | * | |
| WEEKS MARINE, INC. | * | SECTION SECT. L MAG 5 |
| | * | |
| | * | MAGISTRATE |

**************************************************************************

COMPLAINT UNDER THE JONES ACT

TO THE HONORABLE, THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA, NEW ORLEANS DIVISION:

1.

This action is based upon the general maritime law, the Jones Act, (46 U.S.C. Sec. 686) as hereinafter more fully appears:

2.

Plaintiff is an American seaman and presently resides in the City of Roma, State of Texas; defendant WEEKS MARINE, INC., is a domestic corporation organized under laws of the State of Louisiana and doing business in this parish and state and, at all pertinent times hereto, was the owner and operator of a dredge whose cable broke, striking your petitioner on his head, neck, back and right knee.

___ Fee $350.00
✓ Process
X Dktd
___ CtRmDep
___ Doc. No.

3.

At all pertinent times hereto, the defendant owned, operated, managed and controlled the dredge engaged in operations in the intercostal waterways of the State of Louisiana and in the rivers of Morgan City.

4.

At all pertinent times hereto, WEEKS MARINE, INC. employed plaintiff, MARTIN GARZA NUNEZ as a deckhand. Your petitioner was acting within the course and scope of his employment for said company when his accident occurred.

5.

On or about June 24, 2006, plaintiff, MARTIN GARZA NUNEZ was standing on a barge waiting for cable to tie off the vessel; suddenly and without warning the operator of the dredge moved it abruptly, causing the cable to break and strike your petitioner.

6.

The defendant, WEEKS MARINE, INC. and/or their agents and crew are negligent in failing to maintain a proper lookout and failing to operate the dredge in a safe manor. The defendant, WEEKS MARINE, INC. and/or its agents and crew are guilty of negligence in failing to provide your petitioner with a safe place to work, with a seaworthy vessel and with an adequately trained crew who could have avoided your petitioner's injuries; defendant, WEEKS MARINE, INC. had an absolute and non-delegable duty to provide a seaworthy vessel to plaintiff. The aforesaid conditions rendered the vessel unseaworthy in accordance with the general maritime law as described above.

7.

As a direct and proximate cause of the negligence of the defendant and the unseaworthiness of said vessel, plaintiff has sustained the following injuries and damages:

Acute severe injuries to his neck and back, head and right knee, traumatic stress syndrome, loss of past and future earnings, loss of earning capacity, pain and suffering, mental anguish, physical anguish, discomfort, inconvenience, loss of enjoyment of life and emotional stress and strain.

8.

The defendant has a duty to provide plaintiff with maintenance and cure.

9.

Plaintiff, as a result of the aforesaid accident, has expended and will expend for a reasonable period of time in the future for his maintenance the sum of $35.00 per day while he is disabled and unable to work.

10.

Plaintiff has made demand upon defendant to provide him with maintenance and cure to no avail and is therefore entitled to receive penalties and attorneys fees for the failure of the defendant to pay maintenance and cure.

11.

Plaintiff demands trial by jury in accordance with the Federal Rules of Civil Procedure.

WHEREFORE, MARTIN GARZA NUNEZ demands judgment against defendant, WEEKS MARINE, INC. in the full sum of ONE MILLION DOLLARS AND NO/100 ($1,000,000.00) AND THIRTY-FIVE AND NO/100 ($35.00) per day in the form of maintenance and cure, together with any and all medical expenses incurred as a result of his

injuries, for all costs, legal interest, trial by jury and other equitable relief.

Respectfully submitted,

DARLEEN M. JACOBS (#7208)
*A Professional Law Corporation*
823 St. Louis Street
New Orleans, Louisiana 70112
(504) 522-0155 and (504) 522-3287
Counsel for Plaintiff, MARTIN GARZA NUNEZ

PLEASE SERVE:

WEEKS MARINE, INC.
Through its agent for service of process:
Patricia Driggers
106 Derouche Ave.
Bourg, LA 70343

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| MARTIN GARZA NUNEZ | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. |
| | * | |
| WEEKS MARINE, INC. | * | SECTION |
| | * | |
| | * | MAGISTRATE |

**********************************************************************

REQUEST FOR NOTICE OF TRIAL

TO: Clerk of Court
United States District Court
Eastern District of Louisiana

Pursuant to the Federal Rules of Civil Procedure, we hereby request written notice of the date set for trial of the above numbered and entitled cause, or of the date set for trial or hearing of any pleadings or motions herein, at least ten (10) days before any trial or hearing date.

We also request notice of the signing of any final judgment or of the rendition of any interlocutory order or judgment in said case as provided by Federal Rules of Civil Procedure.

Respectfully submitted,

DARLEEN M. JACOBS (#7208)
*A Professional Law Corporation*
823 St. Louis Street
New Orleans, Louisiana 70112
(504) 522-0155 and (504) 522-3287
Counsel for Defendant, MARTIN GARZA NUNEZ