**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| MARTIN GARZA NUNEZ | CIVIL ACTION |
| VERSUS | NO. 06-3777 |
| WEEKS MARINE, INC., ET AL | SECTION: L |

J U D G M E N T

Considering the Court's Findings of Fact and Conclusions of Law dated April 23, 2009, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of plaintiff, Martin Garza Nunez, and against defendants, Weeks Marine, Inc. and Atlantic Sounding Company, Inc., as to cure in the amount of Fifty Thousand, Forty-Four and 46/100 ($50,044.46) Dollars, plus pre-judgment interest at the rate of 5.5 % from the date of judicial demand, and as to maintenance in the amount of Twenty and No/100 ($20.00) per day from December 19, 2006 until October 29, 2008 plus pre-judgment interest at the rate of 5.5%.

New Orleans, Louisiana, this 28th day of April, 2009.

Eldon E. Fallon

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**