**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| MARTIN GARZA NUNEZ | CIVIL ACTION |
| VERSUS | NO. 06-3777 |
| WEEKS MARINE, INC., ET AL | SECTION: L |

JUDGMENT ON JURY VERDICT

This matter came on for jury trial before the Court on previous days. Now therefore, considering the answers of the jury to the interrogatories propounded to them, and further considering the direction of the Court as to the entry of judgment, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of plaintiff, Martin Garza Nunez, and against defendants, Weeks Marine, Inc. and Atlantic Sounding Company, Inc., in the amount of Fifty-Six Thousand Five Hundred and No/100 ($56,500.00) Dollars, which sum represents, $2,500.00 in past medical expenses; $16,500.00 in past lost wages; $2,500.00 in future medical expenses; $10,000.00 in future lost wages and $25,000.00 in past, present and future pain and suffering, mental anguish and impairment, plus interest at the legal rate from the date of judgment until paid and costs.

New Orleans, Louisiana, this 12th day of May, 2009.

Eldon E. Fallon

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**